IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM DEJOLIE and
SAMMIA DEJOLIE,
on their own behalf and
on behalf of all others similarly situated

    Plaintiffs,

v.                                                  Case No. 1:17-cv-00733-KK-SCY

T&R MARKET, INC.,
TANCORDE FINANCE, INC.,
T&R PAWN, LLC, and
T&R TAX SERVICE, INC.,

    Defendants.

**STIPULATED ORDER APPROVING SETTLEMENT ADMINISTRATION COSTS**

THIS MATTER came before the Court upon Plaintiffs' Unopposed Motion to Approve Settlement Administration Costs. The Court finding good cause to grant the same, IT IS HEREBY ORDERED AS FOLLOWS: Settlement Administration Costs are approved in the amount of $9,600 for the second round of checks to class members.

SO ORDERED.

                                                    Honorable Kirtan Khalsa

Submitted:

*/s/Nicholas Mattison*
Nicholas Mattison
Richard N. Feferman
Feferman, Warren & Mattison, attorneys for Plaintiffs
300 Central Ave., SW, Suite 2000 West
Albuquerque, NM 87102

(505) 243-7773

Approved:

*Approved via email*
Thomas Lynn Isaacson
Mason & Isaacson, P.A.
P.O. Box 1772
Gallup, NM 87305
(505)722-4463
Counsel for Defendant Tancorde Finance, Inc.

*Approved via email*
Charles J. Vigil
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103
(505)765-5900
Counsel for Defendant T&R Tax Service, Inc.

*Approved via email*
Dylan O'Reilly
Miller Stratvert P.A.
P.O. Box 25687
Albuquerque, NM 87125
(505)842-1950
Counsel for Defendants T&R Market, Inc. and T&R Pawn, LLC